# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEUANG LOTAKOON NIRAVANH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADRIANA DURHAM, et al., <br><br> Defendants. | No. 2:23-CV-0713-DC-DMC-P <br><br> ORDER TO SHOW CAUSE |

Plaintiffs, who are proceeding pro se, bring this civil action. The complaint in this matter was filed on April 18, 2024, and an amended summons was issued on April 20, 2024. Pursuant to Federal Rule of Civil Procedure 4(m), Defendants must be served within 90 days of the date of filing of the complaint. See Fed. R. Civ. P. 4(m). To date, more than 90 days have passed, and the docket does not reflect that any named defendant in this action has been served. Accordingly, Plaintiffs are ordered to show cause within 30 days of the date of this order why this action should not be dismissed without prejudice for lack of prosecution.

IT IS SO ORDERED.

Dated: November 15, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE