UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEUANG LOTAKOON NIRAVANH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ADRIANA DURHAM, et al.,<br><br>Defendants. | No. 2:23-cv-00713-DC-DMC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 13) |

Plaintiffs Leuang Lotakoon Niravanh and Somsack Niravanh are proceeding *pro se* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 10, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to Plaintiffs' failure to effect timely service of process under Rule 4(m) of the Federal Rules of Civil Procedure and Plaintiffs' failure to respond to the court's November 18, 2024 order to Plaintiffs to show cause why this action should not be dismissed due to their failure to prosecute. (Doc. No. 13.) The pending findings and recommendations were served on Plaintiffs and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

1

1  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
2  findings and recommendations are supported by the record and by proper analysis.
3      Accordingly:
4      1.   The findings and recommendations issued on January 10, 2025 (Doc. No. 213) are
5           ADOPTED in full;
6      2.   This action is DISMISSED, without prejudice, due to Plaintiffs' failure to
7           prosecute this action and failure to comply with a court order; and
8      3.   The Clerk of the Court is directed to close this case.

   IT IS SO ORDERED.

   Dated:   **April 20, 2025**              _____
                                            Dena Coggins
                                            United States District Judge

2